UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NEW MISSION, LLC, a Washington limited liability company,<br><br>       Plaintiff,<br><br>       v.<br><br>OUTBACK CONSTRUCTION, INC., an Oregon corporation,<br><br>       Defendant. | NO. CV-06-147-RHW<br><br>**ORDER DISMISSING COMPLAINT** |

On November 30, 2007, the parties filed a joint Stipulation for Order of Dismissal with Prejudice (Ct. Rec. 43). Accordingly, **IT IS HEREBY ORDERED** that the above-captioned action is **DISMISSED**, with prejudice and with each party bearing its own costs.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order, furnish copies to counsel, and to **close the file**.

**DATED** this 3rd day of December, 2007.

                              *S/ Robert H. Whaley*

                              ROBERT H. WHALEY
                              Chief United States District Judge

Q:\CIVIL\2006\New Mission\stip.dismiss.ord.wpd

**ORDER DISMISSING COMPLAINT** * 1